IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| IN RE SUBPOENA OF SOUTH BROWARD HOSPITAL DISTRICT. | MC 21-09-BLG-SPW-TJC<br><br>**ORDER** |

Non-party, Employee Benefit Management Services, LLC ("EBMS"), moves for the admission of Dean H. Malik ("Applicant Attorney") to practice before this Court in this case with Jordan Y. Crosby to act as local counsel. (Doc. 5.) The Applicant Attorney's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that EBMS's motion is GRANTED on the condition that the Applicant Attorney shall do their own work. This means that the Applicant Attorney must write and sign their own pleadings, motions, and briefs, and appear and participate personally. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 22nd day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge