# U.S. District Court
## District of Montana (Billings)
## CIVIL DOCKET FOR CASE #: 1:21−mc−00009−SPW−TJC

Subpoena of South Broward Hospital District  
Assigned to: Judge Susan P. Watters  
Referred to: Magistrate Judge Timothy J. Cavan  
Cause: Civil Miscellaneous Case

Date Filed: 09/13/2021

**In Re**

| | | |
|---|---|---|
| **Subpoena of South Broward Hospital District** | represented by | **Dean Malik**<br>Devine Timoney Law Group<br>1777 Sentry Parkway West<br>Ste Veva 14, Suite 404<br>Blue Bell, PA 19422<br>610−400−1970<br>Email: dmalik@devinetimoney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jordan Y. Crosby**<br>UGRIN ALEXANDER ZADICK & HIGGINS<br>PO Box 1746<br>Great Falls, MT 59403−1746<br>406−771−0007<br>Fax: 406−452−9360<br>Email: jyc@uazh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick C. Timoney**<br>Devine Timoney Law Group<br>1777 Sentry Parkway West<br>Ste Veva 14, Suite 404<br>Blue Bell, PA 19422<br>610−400−1970<br>Fax: 610−850−9994<br>Email: ptimoney@devinetimoney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Dylan McFarland**<br>KNIGHT NICASTRO MACKAY, LLC<br>283 W. Front St.<br>Suite 203<br>Missoula, MT 59802<br>406−206−5747<br>Fax: 816−396−6233<br>Email: mcfarland@knightnicastro.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Tal J Lifshitz**<br>Kozyak Tropin & Throckmorton, LLP |

2525 Ponce DE Leon Blvd.
Ste 9th Floor
Coral Gables, FL 33134
305−728−2959
Email: tjl@kttlaw.com
*ATTORNEY TO BE NOTICED*

**In Re**

**EBMS**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2021 | Ï | Judge Susan P. Watters and Magistrate Judge Timothy J. Cavan added. (AMC) (Entered: 09/14/2021) |
| 09/13/2021 | Ï 1 | MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION Jordan Y. Crosby appearing for In Re Subpoena of South Broward Hospital District Motions referred to Timothy J. Cavan. (AMC) (Entered: 09/14/2021) |
| 09/13/2021 | Ï 2 | Brief/Memorandum in Support re 1 MOTION to Quash filed by Subpoena of South Broward Hospital District. (Attachments: # 1 Exhibit A Amended Complaint, # 2 Exhibit B Subpoena, # 3 Exhibit C Affidavit) (AMC) (Entered: 09/14/2021) |
| 09/14/2021 | Ï | Filing fee PAID: $ 49.00, receipt number MTX100018242 (AMC) (Entered: 09/14/2021) |
| 09/17/2021 | Ï 3 | NOTICE by Subpoena of South Broward Hospital District re 2 Brief/Memorandum in Support, 1 MOTION to Quash *Notice of Service by EBMS* (Crosby, Jordan) (Entered: 09/17/2021) |
| 09/21/2021 | Ï 4 | MOTION Patrick C. Timoney to Appear Pro Hac Vice ( Filing fee $ 262 receipt number 0977−2731861.) Jordan Y. Crosby appearing for In Re Subpoena of South Broward Hospital District Motions referred to Timothy J. Cavan. (Attachments: # 1 Exhibit Affidavit, # 2 Text of Proposed Order Prop Order) (Crosby, Jordan) (Entered: 09/21/2021) |
| 09/21/2021 | Ï 5 | MOTION Dean H. Malik to Appear Pro Hac Vice ( Filing fee $ 262 receipt number 0977−2731877.) Jordan Y. Crosby appearing for In Re Subpoena of South Broward Hospital District Motions referred to Timothy J. Cavan. (Attachments: # 1 Exhibit Affidavit, # 2 Text of Proposed Order Proposed Order) (Crosby, Jordan) (Entered: 09/21/2021) |
| 09/22/2021 | Ï 6 | ORDER granting motion 4 for the admission of Patrick C. Timoney to Appear Pro Hac Vice. IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above. Signed by Magistrate Judge Timothy J. Cavan on 9/22/2021. (HEG) (Entered: 09/22/2021) |
| 09/22/2021 | Ï 7 | ORDER granting motion 5 for the admission of Dean H. Malik to Appear Pro Hac Vice. IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above. Signed by Magistrate Judge Timothy J. Cavan on 9/22/2021. (HEG) (Entered: 09/22/2021) |
| 09/22/2021 | Ï 8 | Letter from Clerk of Court, Tyler P. Gilman to PHV counsel Timoney regarding the CM/ECF registration requirements. Copy of order admitting and this letter emailed to counsel. (HEG) (Entered: 09/22/2021) |
| 09/22/2021 | Ï 9 | Letter from Clerk of Court, Tyler P. Gilman to PHV counsel Malik regarding the CM/ECF registration requirements. Copy of order admitting and this letter emailed to counsel. (HEG) |

| | | |
|---|---|---|
| | | (Entered: 09/22/2021) |
| 09/23/2021 | 10 | NOTICE of Acknowledgment of Pro Hac Vice Order by Subpoena of South Broward Hospital District *Acknowledgment of Patrick Timoney* (Crosby, Jordan) (Entered: 09/23/2021) |
| 09/23/2021 | 11 | NOTICE of Acknowledgment of Pro Hac Vice Order by Subpoena of South Broward Hospital District *Acknowledgment of Dean Malik* (Crosby, Jordan) (Entered: 09/23/2021) |
| 09/24/2021 | 12 | NOTICE of Appearance by Dylan McFarland on behalf of Subpoena of South Broward Hospital District (McFarland, Dylan) (Entered: 09/24/2021) |
| 09/24/2021 | 13 | MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Quash *Subpoena for Documents and Information* Dylan McFarland appearing for In Re Subpoena of South Broward Hospital District Motions referred to Timothy J. Cavan. (Attachments: # 1 Text of Proposed Order) (McFarland, Dylan) (Entered: 09/24/2021) |
| 09/27/2021 | 14 | ORDER granting 13 Motion for Extension of Time to File Response/Reply re 13 MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Quash *Subpoena for Documents and Information*, 1 MOTION to Quash Responses due by 10/20/2021. Signed by Magistrate Judge Timothy J. Cavan on 9/27/2021. (JDH) (Entered: 09/27/2021) |
| 10/20/2021 | 15 | MOTION to Transfer to Southern District of Florida Dylan McFarland appearing for In Re Subpoena of South Broward Hospital District Motions referred to Timothy J. Cavan. (McFarland, Dylan) (Entered: 10/20/2021) |
| 10/20/2021 | 16 | Brief/Memorandum in Support re 15 MOTION to Transfer to Southern District of Florida filed by Subpoena of South Broward Hospital District. (Attachments: # 1 Exhibit Exhibit Index, # 2 Exhibit A – ND III Order, # 3 Exhibit B – HIPAA – Qualified Protective Order, # 4 Exhibit C – Confidentiality Order, # 5 Exhibit D – 6.24.21 Hearing Transcript) (McFarland, Dylan) (Entered: 10/20/2021) |
| 10/21/2021 | 17 | MOTION of Tal J. Lifshitz to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC–2754515.) Dylan McFarland appearing for In Re Subpoena of South Broward Hospital District Motions referred to Timothy J. Cavan. (Attachments: # 1 Affidavit Admission PHV of Tal J. Lifshitz, # 2 Text of Proposed Order) (McFarland, Dylan) (Entered: 10/21/2021) |
| 10/22/2021 | 18 | ORDER granting 17 Motion for Tal J. Liftshitz to Appear Pro Hac Vice. IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above. Signed by Magistrate Judge Timothy J. Cavan on 10/22/2021. (HEG) (Entered: 10/22/2021) |
| 10/26/2021 | 19 | Notice of Acknowledgment of Pro Hac Vice Order. (Lifshitz, Tal) Modified on 10/26/2021 to term motion per chambers and edit docket text (HEG). Finance notified regarding refund of filing fee. (Entered: 10/26/2021) |
| 11/01/2021 | 20 | RESPONSE to Motion re 15 MOTION to Transfer to Southern District of Florida, 1 MOTION to Quash , REPLY to Response to Motion *to Quash and Request for Hearing* filed by EBMS. (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B) (Crosby, Jordan) (Entered: 11/01/2021) |
| 11/15/2021 | 21 | Brief/Memorandum in Support re 15 MOTION to Transfer to Southern District of Florida filed by Subpoena of South Broward Hospital District. (Lifshitz, Tal) (Entered: 11/15/2021) |
| 12/08/2021 | 22 | SOUTH BROWARD HOSPITAL DISTRICTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA re 15 MOTION to Transfer to Southern District of Florida (Attachments: # 1 Exhibit A) (Lifshitz, Tal) Modified on 12/15/2021 to edit document title (JDH). (Entered: 12/08/2021) |

| | | |
|---|---|---|
| 12/28/2021 | 23 | NOTICE by Subpoena of South Broward Hospital District re 21 Brief/Memorandum in Support, 16 Brief/Memorandum in Support, *SOUTH BROWARD HOSPITAL DISTRICTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Lifshitz, Tal) (Entered: 12/28/2021) |
| 01/03/2022 | 24 | NOTICE by EBMS *Notice of Supplemental Authority* (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B) (Crosby, Jordan) (Entered: 01/03/2022) |
| 01/06/2022 | 25 | NOTICE by Subpoena of South Broward Hospital District *SOUTH BROWARD HOSPITAL DISTRICTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Lifshitz, Tal) (Entered: 01/06/2022) |
| 01/19/2022 | 26 | NOTICE by Subpoena of South Broward Hospital District re 16 Brief/Memorandum in Support, *NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Attachments: # 1 Exhibit A) (Lifshitz, Tal) (Entered: 01/19/2022) |
| 02/01/2022 | 27 | NOTICE by Subpoena of South Broward Hospital District re 26 Notice (Other), *SOUTH BROWARD HOSPITAL DISTRICTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Lifshitz, Tal) (Entered: 02/01/2022) |
| 02/23/2022 | 28 | NOTICE by Subpoena of South Broward Hospital District re 15 MOTION to Transfer to Southern District of Florida *SOUTH BROWARD HOSPITAL DISTRICTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Attachments: # 1 Exhibit A) (Lifshitz, Tal) (Entered: 02/23/2022) |
| 02/23/2022 | 29 | NOTICE by Subpoena of South Broward Hospital District re 15 MOTION to Transfer to Southern District of Florida *SOUTH BROWARD HOSPITAL DISTRICTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Attachments: # 1 Exhibit A) (Lifshitz, Tal) (Entered: 02/23/2022) |
| 03/14/2022 | 30 | NOTICE by Subpoena of South Broward Hospital District re 27 Notice (Other), *NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER MOTION TO QUASH TO THE SOUTHERN DISTRICT OF FLORIDA* (Attachments: # 1 Exhibit A) (Lifshitz, Tal) (Entered: 03/14/2022) |
| 04/08/2022 | 31 | ORDER granting 15 Motion to Transfer; denying as moot 1 Motion to Quash. IT IS HEREBY ORDERED that Memorial's Motion to Transfer (Doc. 15) is GRANTED and EBMS' Motion to Quash (Doc. 1) is DENIED as moot. This action shall be transferred to the Southern District of Florida. Signed by Magistrate Judge Timothy J. Cavan on 4/8/2022. (JDH) (Entered: 04/08/2022) |